1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   THE PEOPLE OF THE STAE OF                No.  2:23-cv-00145-TLN-AC
     CALIFORNIA,
12
                      Plaintiff,
13                                             **ORDER**
                 v.
14
     ANALEAH MORIAH
15   GONSHOROWSKI,

16                    Defendant.

17

18          Defendant is proceeding in this action in pro per.  The matter was referred to a United

19   States Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On April 27, 2023, the magistrate judge filed findings and recommendations herein which

21   were served and which contained notice that any objections to the findings and recommendations

22   were to be filed within twenty one days.  (ECF No. 6.)  Defendant has filed objections to the

23   findings and recommendations.  (ECF No. 7.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28          Accordingly, IT IS HEREBY ORDERED that:

                                                    1

1.  The findings and recommendations filed April 27, 2023 (ECF No. 6) are ADOPTED IN FULL; and

2.  This case is DISMISSED with prejudice.

3. The Clerk of Court is directed to close the case.

Date:  June 12, 2023

Troy L. Nunley
United States District Judge